**UNITED STATES COURT OF APPEALS<br>
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 9, 2023

_____

RULE 46 NOTICE<br>
CERTIORARI STATUS FORM

_____

No.  21-4487 (L), <u>US v. Gerald Johnson</u><br>
                1:16-cr-00363-JKB-1

TO:     Paul Francis Enzinna

**FORM DUE:** 02/16/2023

The court has not received your **Certiorari Status Form** (form available at this link). Please complete and file the form within seven days of this notice. Failure to file will lead to referral of the default to the Standing Panel on Attorney Discipline under Local Rule 46(g). Court-appointed counsel cannot file their CJA voucher until they have filed the Certiorari Status Form.


Lisa R McFarland, Deputy Clerk<br>
804-916-2744