IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| Appellee, | * | |
| | * | No. 21-4488 |
| vs. | * | (1-16-cr-00363-JKB-5) |
| | * | |
| **KENNETH JONES** | * | |
| Appellant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*

## MOTION TO WITHDRAW APPEARANCE

Alan R. L. Bussard, court appointed counsel for Kenneth Jones, Appellant in the above captioned matter, respectfully moves this Honorable Court to withdraw as counsel pursuant to Fourth Circuit Local Rule 46. In support states as follows:

1. After oral argument the Court of Appeals issued a written, unpublished opinion affirming the appellant's conviction in all respects.

2. Counsel communicated this information to the appellant along with a copy of the court's opinion and a letter explaining his post judgment rights.

3. The appellant has not contacted undersigned counsel informed counsel regarding his desire as to whether to pursue his post judgment rights, including the filing of a writ of certiorari to the United States Supreme Court.

4. Counsel believes that such a Writ of Certiorari to the United States

Supreme Court would be frivolous and therefore respectfully requests to withdraw as Mr. Jones' attorney.

5. Counsel has contacted the assigned Assistant United States Attorney, Peter Martinez and he has no objection to undersigned counsel's Motion to Withdraw.

6. Undersigned counsel has served a copy of this motion on appellant. By letter sent with the copy of the motion, counsel has also informed appellant in writing of his right to respond to the motion within seven days, in accordance with Local Rule 46(d).

WHEREFORE, undersigned court appointed counsel respectfully moves this Honorable Court to withdraw as counsel for Mr. Jones.

                              Respectfully submitted,

                              /s/

                              _____
                              Alan R. L. Bussard
                              304 Wynell Court
                              Timonium, Maryland 21093
                              410-821-1155
                              alan.bussard@bussardlaw.com

# **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY, that on this 10th day of February, 2023, a copy of the foregoing Motion to Withdraw Appearance was filed electronically using CM/ECF with notice to:

Peter Martinez, Esquire
Office of the U.S. Attorney
36 S Charles Street, 4th Floor
Baltimore, Maryland 21201.

                                                        /s/

                                       _____
                                       Alan R. L. Bussard