IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| UNITED STATES of AMERICA | ) |  |
|---|---|---|
| Plaintiff-Appellee, | ) |  |
|  | ) |  |
| vs. | ) | No. 21-4487 |
|  | ) |  |
| GERALD JOHNSON, | ) |  |
|  | ) |  |
| Defendant-Appellant. | ) |  |

CORRECTED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Now comes Paul F. Enzinna, counsel for Appellant Gerald Johnson, and respectfully requests leave of Court to withdraw as counsel. In support of this request, counsel states as follows:

1. Undersigned counsel was appointed as CJA Panel counsel for Appellant Gerald Johnson on September 15, 2021, ECF No. 2, and entered his appearance on September 16, 2021. ECF No. 7.

2. This Court entered judgment affirming the District Court's decision on December 9, 2022. ECF No. 53.

3. It is counsel's judgment that a petition for *certiorari* would be frivolous in this case.

4. Counsel has informed Appellant Johnson of his certiorari rights, of counsel's judgment that a petition for *certiorari* would be frivolous in this case, that counsel has moved for leave to withdraw as counsel for Appellant Johnson, and that Appellant Johnson has the right to file a response to this Motion within 7 days. This Motion has been served on Appellant Johnson as indicated below.

WHEREFORE, undersigned counsel respectfully requests leave of Court to withdraw as counsel for Appellant Gerald Johnson.

Date: February 15, 2023          Respectfully submitted,

/s/ Paul F. Enzinna

D.C. Bar No. 421819
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@ellermanenzinna.com

*Counsel for Appellant Gerald Johnson*
*Lead Counsel*

CERTIFICATE OF SERVICE

I certify that on February 15, 2023, a copy of the foregoing Corrected Motion for Leave to Withdraw as Counsel was served on Appellant Gerald Johnson by First-Class United States Postage, and was filed using the CM/ECF system, which will then send notification of such filing to all counsel of record.

/s/

Paul F. Enzinna
Ellerman Enzinna PLLC
1050 30th Street, NW
Washington, DC 20007
202.753.5553
penzinna@ellermanenzinna.com

*Counsel for Appellant Gerald Johnson*